# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00386-CV

**American Mercury Lloyds Insurance Company as Subrogee of G.F.C.S., Inc., and American Constructors, L.P., Appellant**

**v.**

**Oklahoma Surety Company and Mid-Continent Casualty Company, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D-1-GN-09-001379, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss appeal. They represent that all matters in controversy have been resolved by agreement. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed on Joint Motion

Filed:   September 29, 2010